UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 20-22429-CIV-WILLIAMS

RHONDA HOLCOMB,

    Plaintiff,

v.

CARNIVAL CORPORATION, *et al.*,

    Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Edwin G. Torres' Report and Recommendation (DE 18) on Defendant Carnival Corporation's Motion to Dismiss (DE 8). Defendant filed Objections (DE 19) to the Report.

The Court has conducted a *de novo* review of the matters raised in Defendant's Objections. Defendant' Objections are OVERRULED.[1] Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report (DE 18) is **AFFIRMED AND ADOPTED**.
2. Defendant Carnival Corporation's Motion to Dismiss (DE 8) is **DENIED**.
3. Defendant Carnival Corporation shall file an answer to the Complaint within fourteen (14) days of the date of this Order.

---

[1] The Court notes that one of Defendant's Objections is based on the Court's ruling in *Doria v. Royal Caribbean Cruises*, *Ltd.*, Case No. 19-cv-20179, (DE 13) (S.D. Fla. June 20, 2019). The Court's dismissal of the plaintiff's joint venture claim in that case was based, in part, on plaintiff's failure to allege any facts to support her allegation that the cruise line and the excursion company intended to enter into a joint venture. Because of the plaintiff's bare, conclusory allegation that the parties had intended to enter a joint venture, dismissal was appropriate. Here, Plaintiff's allegations of a joint venture between Defendants sufficiently state a plausible claim to survive dismissal at this juncture.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 20th day of January, 2021.

                                                KATHLEEN M. WILLIAMS
                                                UNITED STATES DISTRICT JUDGE